PIERRE MORACCHINI, Respondent, v. ADA MORACCHINI, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ELSIE H. DULA, Appellant, v. ROBERT B. DULA and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

WM. P. GOLDMAN & BROS., INC., Appellant, v. ISRAEL GOLD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ERNEST M. CHAPIN, Appellant, v. GEORGE E. LEARNARD, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon condition that, if plaintiff so elects, defendant must consent to try the case before an official referee within twenty days after joinder of issue. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

IRA E. SEGUR, Appellant, v. THOMAS J. RYAN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

DONALD G. C. SINCLAIR, as Executor, etc., of JOSEPH W. McTAGUE, Deceased, Appellant, v. JESSE I. STRAUS and Others, Copartners, etc., Respondents.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

JOSE REYES PALMA, Respondent, v. DAVIES, TURNER & COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

NORWEGIAN ATLAS INSURANCE COMPANY, LTD., Respondent, v. NORTHERN UNDERWRITING AGENCY, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

WILLIAM J. KIELY, Appellant, v. JAMES J. MAGNETTA, Respondent, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and warrant of attachment reinstated. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

In the Matter of the Application of STUART YOUNG and Another, as Receivers, etc., Respondents, against CRESCENT DEVELOPMENT COMPANY, Appellant, for an Order Requiring Said Defendant to Submit Certain Questions, etc., to Arbitration.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.; Dowling and Finch, JJ., dissenting.